**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-7214**

RUBEN FLORES-ROSALES,

Plaintiff - Appellant,

versus

THE GEO GROUP, INCORPORATED, at Rivers
Correctional Institution; J. ALEXANDER,
Correctional Counselor at Rivers Correctional
Institution,

Defendants,

and

MRS. VANN, Sargeant at Rivers Correctional
Institution; MR. WATERFIELD, Sargeant at
Rivers Correctional Institution; D. TANN,
Correctional Officer at Rivers Correctional
Institution; MR. PURNELL, Correctional Officer
at Rivers Correctional Institution; RIVERS
CORRECTIONAL INSTITUTION,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Malcolm J. Howard, Senior
District Judge. (5:04-ct-000623-H)

Submitted: December 14, 2006          Decided: December 20, 2006

Before MICHAEL, GREGORY, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Ruben Flores-Rosales, Appellant Pro Se. James Redfern Morgan, Jr., WOMBLE, CARLYLE, SANDRIDGE & RICE, PLLC, Winston-Salem, North Carolina; Mark Allen Davis, WOMBLE, CARLYLE, SANDRIDGE & RICE, PLLC, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ruben Flores-Rosales appeals the district court's order denying relief on his <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971) action. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Flores-Rosales v. GEO Group, Inc.</u>, 5:04-ct-000623-H (E.D.N.C. filed Nov. 22, 2004 & entered Dec. 8, 2004; June 7, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid in the decisional process.

<u>AFFIRMED</u>